IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01447-RPM

CHRISTOPHER DEO,

    Plaintiff,

v.

HUMBOLDT INTERNATIONAL SERVICES, L.L.C.,

    Defendant.

---

ORDER OF DISMISSAL WITH PREJUDICE

---

Pursuant to the Stipulated Motion to Dismiss with Prejudice (Doc. #37) filed on June 16, 2008, it is

ORDERED that the complaint of Christopher Deo and all claims contained therein are dismissed with prejudice, with each party to pay their own attorney fees and costs.

Dated: June 17th, 2008.

                      BY THE COURT:

                      s/Richard P. Matsch
                      _____
                      Richard P. Matsch, Senior Judge